# EXHIBIT A

**From:** Marion, Abigail (x2904) <amarion@pbwt.com>
**Sent:** Wednesday, March 22, 2023 2:06 PM
**To:** Roth, Yaakov M. <yroth@JonesDay.com>
**Subject:** RE: Hammons v. UMMS, No. 20-cv-2088

** External mail **

Hi Yaakov – thanks for letting me know about the delivery. I confirmed, and we did indeed receive it.

Best,
Abby

**From:** Roth, Yaakov M. <yroth@JonesDay.com>
**Sent:** Tuesday, March 21, 2023 10:21 AM
**To:** Marion, Abigail (x2904) <amarion@pbwt.com>
**Subject:** RE: Hammons v. UMMS, No. 20-cv-2088

*Caution: External Email!*

Abby, the check was supposedly delivered to your firm address this morning. When you're able to confirm receipt, that would be great.

Thanks,
Yaakov

Yaakov Roth (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Office +1.202.879.7658
yroth@jonesday.com

**From:** Marion, Abigail (x2904) <amarion@pbwt.com>
**Sent:** Wednesday, March 15, 2023 8:15 PM
**To:** Roth, Yaakov M. <yroth@JonesDay.com>
**Subject:** RE: Hammons v. UMMS, No. 20-cv-2088

** External mail **

Yaakov – I'm attaching Mr. Hammons's W9 here.

Thanks,
Abby

**From:** Roth, Yaakov M. <yroth@JonesDay.com>
**Sent:** Monday, March 13, 2023 4:51 PM
**To:** Marion, Abigail (x2904) <amarion@pbwt.com>
**Subject:** RE: Hammons v. UMMS, No. 20-cv-2088

*Caution: External Email!*

The instructions look good, but are you able to provide a W9? I know we often have to provide that form to our vendors and such.

Yaakov Roth (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Office +1.202.879.7658
yroth@jonesday.com

**From:** Marion, Abigail (x2904) <amarion@pbwt.com>
**Sent:** Monday, March 13, 2023 2:21 PM

**To:** Roth, Yaakov M. <yroth@JonesDay.com>; Cohen, Andrew (x2605) <acohen@pbwt.com>; Fischer, Aron (x2363) <afischer@pbwt.com>; dmach@aclu.org; Knobler, Jonah (x2134) <jknobler@pbwt.com>; Hermann, Jonathan (x2361) <jhermann@pbwt.com>; ~jblock@aclu.org <jblock@aclu.org>; LCOOPER@aclu.org; lebert@rosenbergmartin.com
**Cc:** Denise Giraudo <dgiraudo@sheppardmullin.com>; Paul Werner <PWerner@sheppardmullin.com>; Danielle Vrabie <DVrabie@sheppardmullin.com>; Hannah Wigger <HWigger@sheppardmullin.com>; Imad Matini <IMatini@sheppardmullin.com>
**Subject:** RE: Hammons v. UMMS, No. 20-cv-2088

**\*\* External mail \*\***

Hi Yaakov – please have the funds sent to our firm's account. Further instructions are attached.

Thanks very much,
Abby

---

**From:** Roth, Yaakov M. <yroth@JonesDay.com>
**Sent:** Monday, March 13, 2023 12:28 PM
**To:** Marion, Abigail (x2904) <amarion@pbwt.com>; Cohen, Andrew (x2605) <acohen@pbwt.com>; Fischer, Aron (x2363) <afischer@pbwt.com>; dmach@aclu.org; Knobler, Jonah (x2134) <jknobler@pbwt.com>; Hermann, Jonathan (x2361) <jhermann@pbwt.com>; ~jblock@aclu.org <jblock@aclu.org>; LCOOPER@aclu.org; lebert@rosenbergmartin.com
**Cc:** Denise Giraudo <dgiraudo@sheppardmullin.com>; Paul Werner <PWerner@sheppardmullin.com>; Danielle Vrabie <DVrabie@sheppardmullin.com>; Hannah Wigger <HWigger@sheppardmullin.com>; Imad Matini <IMatini@sheppardmullin.com>
**Subject:** RE: Hammons v. UMMS, No. 20-cv-2088

*Caution: External Email!*


Abby, now that the court has entered final judgment, can you please provide the payment directions and W9 info requested below?

Thanks very much,
Yaakov


Yaakov Roth (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Office +1.202.879.7658
yroth@jonesday.com

---

**From:** Roth, Yaakov M.
**Sent:** Tuesday, January 31, 2023 3:16 PM
**To:** 'Marion, Abigail (x2904)' <amarion@pbwt.com>; Cohen, Andrew (x2605) <acohen@pbwt.com>; Fischer, Aron (x2363) <afischer@pbwt.com>; dmach@aclu.org; Knobler, Jonah (x2134) <jknobler@pbwt.com>; Hermann, Jonathan (x2361) <jhermann@pbwt.com>; ~jblock@aclu.org <jblock@aclu.org>; LCOOPER@aclu.org; lebert@rosenbergmartin.com
**Cc:** Denise Giraudo <dgiraudo@sheppardmullin.com>; Paul Werner <PWerner@sheppardmullin.com>; Danielle Vrabie <DVrabie@sheppardmullin.com>; Hannah Wigger <HWigger@sheppardmullin.com>; Imad Matini <IMatini@sheppardmullin.com>
**Subject:** RE: Hammons v. UMMS, No. 20-cv-2088

Thanks Abby. Those changes look fine. We can get the stip on file, probably tomorrow (updating the date).

For purposes of paying the judgment once it gets entered, can you let us know where to direct the funds and provide a W9 and contact info for the proper contact person?

Thanks,
Yaakov


Yaakov Roth (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Office +1.202.879.7658
yroth@jonesday.com

---

**From:** Marion, Abigail (x2904) <amarion@pbwt.com>
**Sent:** Tuesday, January 31, 2023 11:19 AM

**To:** Roth, Yaakov M. <yroth@JonesDay.com>; Cohen, Andrew (x2605) <acohen@pbwt.com>; Fischer, Aron (x2363) <afischer@pbwt.com>; dmach@aclu.org; Knobler, Jonah (x2134) <jknobler@pbwt.com>; Hermann, Jonathan (x2361) <jhermann@pbwt.com>; ~jblock@aclu.org <jblock@aclu.org>; LCOOPER@aclu.org; lebert@rosenbergmartin.com
**Cc:** Denise Giraudo <dgiraudo@sheppardmullin.com>; Paul Werner <PWerner@sheppardmullin.com>; Danielle Vrabie <DVrabie@sheppardmullin.com>; Hannah Wigger <HWigger@sheppardmullin.com>; Imad Matini <IMatini@sheppardmullin.com>
**Subject:** RE: Hammons v. UMMS, No. 20-cv-2088

*** External mail ***

Yaakov –

Thanks for getting back to us on the motion to defer attorney fee deadlines. I'm attaching our edits to the stipulation on damages. Maryland provides for 6% interest, which we've included here.

Thanks again,
Abby

---

**From:** Roth, Yaakov M. <yroth@JonesDay.com>
**Sent:** Wednesday, January 25, 2023 9:14 AM
**To:** Marion, Abigail (x2904) <amarion@pbwt.com>; Cohen, Andrew (x2605) <acohen@pbwt.com>; Fischer, Aron (x2363) <afischer@pbwt.com>; dmach@aclu.org; Knobler, Jonah (x2134) <jknobler@pbwt.com>; Hermann, Jonathan (x2361) <jhermann@pbwt.com>; ~jblock@aclu.org <jblock@aclu.org>; LCOOPER@aclu.org; lebert@rosenbergmartin.com
**Cc:** Denise Giraudo <dgiraudo@sheppardmullin.com>; Paul Werner <PWerner@sheppardmullin.com>; Danielle Vrabie <DVrabie@sheppardmullin.com>; Hannah Wigger <HWigger@sheppardmullin.com>; Imad Matini <IMatini@sheppardmullin.com>
**Subject:** RE: Hammons v. UMMS, No. 20-cv-2088

*Caution: External Email!*

This should be fine, Abby. We can finalize the dates and docket cites etc once the court enters the final judgment.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Marion, Abigail (x2904) <amarion@pbwt.com>
**Date:** Tuesday, Jan 24, 2023 at 5:48 PM
**To:** Roth, Yaakov M. <yroth@JonesDay.com>, Cohen, Andrew (x2605) <acohen@pbwt.com>, Fischer, Aron (x2363) <afischer@pbwt.com>, dmach@aclu.org <dmach@aclu.org>, Knobler, Jonah (x2134) <jknobler@pbwt.com>, Hermann, Jonathan (x2361) <jhermann@pbwt.com>, ~jblock@aclu.org <jblock@aclu.org>, LCOOPER@aclu.org <LCOOPER@aclu.org>, lebert@rosenbergmartin.com <lebert@rosenbergmartin
**Cc:** Denise Giraudo <dgiraudo@sheppardmullin.com>, Paul Werner <PWerner@sheppardmullin.com>, Danielle Vrabie <DVrabie@sheppardmullin.com>, Hannah Wigger <HWigger@sheppardmullin.com>, Imad Matini <IMatini@sheppardmullin.com>
**Subject:** RE: Hammons v. UMMS, No. 20-cv-2088

*** External mail ***

Thanks Yaakov. We will review the stipulation. For our part, here is a draft consent motion pushing the deadlines on our attorney fee motion.

---

**From:** Roth, Yaakov M. <yroth@JonesDay.com>
**Sent:** Tuesday, January 24, 2023 5:00 PM
**To:** Marion, Abigail (x2904) <amarion@pbwt.com>; Cohen, Andrew (x2605) <acohen@pbwt.com>; Fischer, Aron (x2363) <afischer@pbwt.com>; dmach@aclu.org; Knobler, Jonah (x2134) <jknobler@pbwt.com>; Hermann, Jonathan (x2361) <jhermann@pbwt.com>; ~jblock@aclu.org <jblock@aclu.org>; LCOOPER@aclu.org; lebert@rosenbergmartin.com
**Cc:** Denise Giraudo <dgiraudo@sheppardmullin.com>; Paul Werner <PWerner@sheppardmullin.com>; Danielle Vrabie <DVrabie@sheppardmullin.com>; Hannah Wigger <HWigger@sheppardmullin.com>; Imad Matini <IMatini@sheppardmullin.com>
**Subject:** RE: Hammons v. UMMS, No. 20-cv-2088

*Caution: External Email!*

Abby, attached is a proposed stipulation on damages for your review.

Thanks,
Yaakov

Yaakov Roth (bio)
Partner
JONES DAY® - One Firm Worldwide℠
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Office +1.202.879.7658
yroth@jonesday.com

---

**From:** Marion, Abigail (x2904) <amarion@pbwt.com>
**Sent:** Thursday, January 19, 2023 10:53 AM
**To:** Roth, Yaakov M. <yroth@JonesDay.com>; Cohen, Andrew (x2605) <acohen@pbwt.com>; Fischer, Aron (x2363) <afischer@pbwt.com>; dmach@aclu.org; Knobler, Jonah (x2134) <jknobler@pbwt.com>; Hermann, Jonathan (x2361) <jhermann@pbwt.com>; ~jblock@aclu.org <jblock@aclu.org>; LCOOPER@aclu.org; lebert@rosenbergmartin.com
**Cc:** Denise Giraudo <dgiraudo@sheppardmullin.com>; Paul Werner <PWerner@sheppardmullin.com>; Danielle Vrabie <DVrabie@sheppardmullin.com>; Hannah Wigger <HWigger@sheppardmullin.com>; Imad Matini <IMatini@sheppardmullin.com>
**Subject:** RE: Hammons v. UMMS, No. 20-cv-2088

**\*\* External mail \*\***

Yaakov,

Thanks for agreeing to draft the stipulation on damages. Since there is no disagreement about deferring the fee issue until after any appeal, could you also please draft a consent motion extending briefing deadlines on a fee motion until 30 days from the issuance of the mandate?

Thanks again,
Abby

---

**From:** Roth, Yaakov M. <yroth@JonesDay.com>
**Sent:** Wednesday, January 18, 2023 5:29 PM
**To:** Marion, Abigail (x2904) <amarion@pbwt.com>; Cohen, Andrew (x2605) <acohen@pbwt.com>; Fischer, Aron (x2363) <afischer@pbwt.com>; dmach@aclu.org; Knobler, Jonah (x2134) <jknobler@pbwt.com>; Hermann, Jonathan (x2361) <jhermann@pbwt.com>; ~jblock@aclu.org <jblock@aclu.org>; LCOOPER@aclu.org; lebert@rosenbergmartin.com
**Cc:** Denise Giraudo <dgiraudo@sheppardmullin.com>; Paul Werner <PWerner@sheppardmullin.com>; Danielle Vrabie <DVrabie@sheppardmullin.com>; Hannah Wigger <HWigger@sheppardmullin.com>; Imad Matini <IMatini@sheppardmullin.com>
**Subject:** RE: Hammons v. UMMS, No. 20-cv-2088

*Caution: External Email!*

Thanks, Abby. We will put together a stipulation as to damages for your review, and it sounds like we're in agreement in terms of what the district court should do next. With respect to the fee motion, we've seen it done both ways but have no objection to proceeding as you suggest.

Thanks,
Yaakov

Yaakov Roth (bio)
Partner
JONES DAY® - One Firm Worldwide℠
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Office +1.202.879.7658
yroth@jonesday.com

---

**From:** Marion, Abigail (x2904) <amarion@pbwt.com>
**Sent:** Wednesday, January 18, 2023 1:35 PM
**To:** Roth, Yaakov M. <yroth@JonesDay.com>; Cohen, Andrew (x2605) <acohen@pbwt.com>; Fischer, Aron (x2363) <afischer@pbwt.com>; dmach@aclu.org; Knobler, Jonah (x2134) <jknobler@pbwt.com>; Hermann, Jonathan (x2361) <jhermann@pbwt.com>; ~jblock@aclu.org <jblock@aclu.org>; LCOOPER@aclu.org; lebert@rosenbergmartin.com
**Cc:** Denise Giraudo <dgiraudo@sheppardmullin.com>; Paul Werner <PWerner@sheppardmullin.com>; Danielle Vrabie <DVrabie@sheppardmullin.com>; Hannah Wigger <HWigger@sheppardmullin.com>; Imad Matini <IMatini@sheppardmullin.com>
**Subject:** RE: Hammons v. UMMS, No. 20-cv-2088

**\*\* External mail \*\***

Yaakov,

Thanks for your message. Since defendants will not contest the $748.46 in damages, we agree that it makes sense for the court to enter final judgment. Please draft a stipulation setting out that there is no disagreement on damages.

As to attorney fees, we do intend to file a motion to recoup reasonable fees. But we think that it would make sense to defer any motion on fees until after the resolution of any appeal. Do you agree?

Thank you,
Abby

**Abigail E. Marion**
She | Her | Hers
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY 10036
T: 212.336.2904
amarion@pbwt.com | www.pbwt.com

---

**From:** Roth, Yaakov M. <yroth@JonesDay.com>
**Sent:** Wednesday, January 18, 2023 10:03 AM
**To:** Marion, Abigail (x2904) <amarion@pbwt.com>; Cohen, Andrew (x2605) <acohen@pbwt.com>; Fischer, Aron (x2363) <afischer@pbwt.com>; dmach@aclu.org; Knobler, Jonah (x2134) <jknobler@pbwt.com>; Hermann, Jonathan (x2361) <jhermann@pbwt.com>; ~jblock@aclu.org <jblock@aclu.org>; LCOOPER@aclu.org; lebert@rosenbergmartin.com
**Cc:** Denise Giraudo <dgiraudo@sheppardmullin.com>; Paul Werner <PWerner@sheppardmullin.com>; Danielle Vrabie <DVrabie@sheppardmullin.com>; Hannah Wigger <HWigger@sheppardmullin.com>; Imad Matini <IMatini@sheppardmullin.com>
**Subject:** Hammons v. UMMS, No. 20-cv-2088

*Caution: External Email!*

Dear Counsel,

In light of the court's summary judgment order and next week's status conference, we wanted to reach out to discuss next steps. Defendants do not intend to contest the damages figure that Plaintiff identified during discovery, so we don't see any reason why the court shouldn't simply proceed to enter final judgment accordingly. Do you agree?

We also assume that, as the prevailing party, Plaintiff will file a motion to recoup reasonable attorneys' fees incurred in litigating this case. Do you want to discuss a briefing schedule for that so we can jointly propose one to the court?

Thanks,
Yaakov

Yaakov Roth (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Office +1.202.879.7658
yroth@jonesday.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.