No. 23-1394

---

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

---

JESSE HAMMONS,

*Plaintiff-Appellant*,

v.

UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORP., ET AL.,

*Defendants-Appellees*.

---

On Appeal from the United States District Court
for the District of Maryland
No. 20-cv-02088

---

## CONSENT MOTION TO SUSPEND BRIEFING PENDING RESOLUTION
## OF MOTION FOR SUMMARY DISMISSAL

---

In this case, Plaintiff-Appellant Jesse Hammons has purported to appeal the district court's final judgment *in his favor*. Within days of the appeal's docketing, Defendants-Appellees filed a motion to summarily dismiss for lack of jurisdiction. Defendants-Appellees now respectfully move to suspend merits briefing pending the Court's resolution of that threshold motion to dismiss. Although Hammons opposes dismissal, Hammons consents to this request to suspend merits briefing. The Court should therefore order that merits briefing be suspended, with a new schedule to be issued only if the Court denies the motion to dismiss.

1.      On March 13, 2023, the district court entered final judgment in favor of Hammons.  D. Ct. Dkt. 133.  That judgment followed the court's earlier ruling that Hammons was entitled to summary judgment on his claim that Defendants violated Section 1557 of the Affordable Care Act, 42 U.S.C. § 18116(a), by cancelling his hysterectomy.  *See* D. Ct. Dkt. 122.  The parties stipulated to the monetary damages that Hammons suffered from that cancellation (D. Ct. Dkt. 128), and Hammons did not request any other form of relief.

2.      On April 10, 2023, Hammons noticed an appeal from the final judgment entered below.  The appeal was docketed in this Court on April 12, 2023, and this Court promptly issued a briefing schedule under which Hammons's opening brief is due on May 22, 2023.

3.      Just two days after that docketing, Defendants-Appellees filed a motion to summarily dismiss the appeal for lack of jurisdiction.  The motion pointed to the "general rule" that "a prevailing party cannot appeal from a district court judgment in its favor."  *Chesapeake B & M, Inc. v. Harford Cnty.*, 58 F.3d 1005, 1011 (4th Cir. 1995).  And the motion argued that Hammons lacks standing to appeal the district court's earlier dismissal of his constitutional claims, because he has now secured on statutory grounds the same relief he sought on the constitutional claims, for the same injury that they invoked.

**4.** On April 17, 2023, the Court requested a response from Hammons to the motion to dismiss. That response is due by April 27, 2023. If appropriate, Defendants-Appellees will file a reply in support of their motion within the seven days allotted by this Court's rules (*i.e.*, by May 4, 2023).

**5.** Defendants-Appellees now respectfully request that the Court suspend merits briefing pending resolution of the motion to dismiss. *See* 4th Cir. R. 27(f)(3). Absent that relief, the parties will be forced to devote resources to briefing the merits of a complex appeal—and potentially a conditional cross-appeal that Defendants may file to protect their rights—over which the Court lacks jurisdiction. Moreover, the jurisdictional issue is entirely distinct from the merits, so the merits briefing would not assist the Court in resolving the motion to dismiss.

Under these circumstances, as a matter of judicial efficiency, it is preferable for the Court to determine at the threshold whether it has jurisdiction over the appeal, and for merits briefing to proceed only if the Court concludes that it does.

**7.** Counsel for Defendants-Appellees contacted counsel for Hammons to convey the intent to file this motion. Counsel for Hammons stated that they **consent** to the relief requested by this motion.

## <u>CONCLUSION</u>

The Court should suspend merits briefing in this appeal pending resolution of the motion to dismiss filed by Defendants-Appellees.

April 18, 2023                  Respectfully submitted,

                                   */s/ Yaakov M. Roth*

Denise Giraudo                 Yaakov M. Roth
Paul Werner                     *Counsel of Record*
SHEPPARD, MULLIN,        Audrey Beck
RICHTER & HAMPTON LLP     JONES DAY
2099 Pennsylvania Avenue, NW   51 Louisiana Avenue, NW
Washington, D.C. 20036       Washington, D.C. 20001
(202) 747-1906                 (202) 879-3939
dgiraudo@sheppardmullin.com    yroth@jonesday.com
pwerner@sheppardmullin.com     abeck@jonesday.com

                  *Counsel for Appellees*

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2) because it contains 550 words. This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared in a proportionally spaced typeface using 14-point Times New Roman font.

*/s/ Yaakov M. Roth*
Yaakov M. Roth

*Counsel for Appellees*