FILED: April 26, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1394 (L)
(1:20-cv-02088-DKC)
_____

JESSE HAMMONS

    Plaintiff - Appellant

v.

UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION; UMSJ HEALTH SYSTEM, LLC; UNIVERSITY OF MARYLAND ST. JOSEPH MEDICAL CENTER, LLC

    Defendants - Appellees

_____

No. 23-1452
(1:20-cv-02088-DKC)
_____

JESSE HAMMONS

    Plaintiff - Appellee

v.

UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION; UMSJ HEALTH SYSTEM, LLC; UNIVERSITY OF MARYLAND ST. JOSEPH MEDICAL CENTER, LLC

    Defendants - Appellants

_____

ORDER

_____

The court consolidates Case No. 23-1452 with Case No. 23-1394 as cross-appeals. The appellant in Case No. 23-1394 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk