# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | No. 23-1452, Hammons v. Univ. Md. Med. Sys. Corp. et al. |
| **Originating No. & Caption** | No. 1:20-cv-2088, Hammons v. Univ. Md. Med. Sys. Corp. et al |
| **Originating Court/Agency** | U.S. District Court for the District of Maryland |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291 | |
| Time allowed for filing in Court of Appeals | | |
| Date of entry of order or judgment appealed | 3/13/2023 | |
| Date notice of appeal or petition for review filed | 4/21/2023 | |
| If cross appeal, date first appeal filed | 4/10/2023 | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ⦿ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ◉ No |
| Has transcript been filed in district court? | ○ Yes | ◉ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | n/a | |
| Case number of any pending appeal in same case | No. 23-1394 | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | No. 22-1927, Fain v. Crouch | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ◉ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

Plaintiff Jesse Hammons sued Defendants, asserting that Defendants engaged in sex discrimination in violation of § 1557 of the Affordable Care Act and the Equal Protection Clause, and also violated the Establishment Clause, when Defendant University of Maryland St. Joseph Medical Center cancelled his scheduled hysterectomy because it was intended to effectuate a gender transition. The district court dismissed the constitutional claims but later granted summary judgment to Plaintiff on the § 1557 claim, and entered final judgment. Plaintiff filed a notice of appeal, purporting to seek review of the dismissal of the constitutional claims. Defendants moved to dismiss the appeal as moot, but filed a conditional cross-appeal in case the Court of Appeals concludes that it has jurisdiction over Plaintiff's appeal.

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

1. Whether Defendants engaged in discrimination "on the basis of sex" under Section 1557 of the Affordable Care Act by cancelling Plaintiff's scheduled hysterectomy.

2. Whether Defendant University of Maryland Medical System Corp. is a proper defendant under Section 1557 even though the alleged discrimination occurred in the health program of a subsidiary that receives its own stream of federal funds.

3. Whether an injunction issued by the U.S. District Court for the District of North Dakota bars this action.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: Jesse Hammons | Adverse Party: Jesse Hammons |
|---|---|
| Attorney: Joshua A. Block<br>Address: American Civil Liberties Union Foundation<br>125 Broad Street, Floor 18<br>New York, NY 10004 | Attorney: Aron Fischer<br>Address: Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 |
| E-mail: jblock@aclu.org | E-mail: afischer@pbwt.com |
| Phone: 212-549-2593 | Phone: 212-336-2363 |

**Adverse Parties (continued)**

| Adverse Party: | Adverse Party: |
|---|---|
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: University of Maryland Medical System Corporation<br><br>Attorney: Yaakov M. Roth<br>Address: Jones Day<br>51 Louisiana Avenue, NW<br>Washington, DC 20001<br><br>E-mail: yroth@jonesday.com<br><br>Phone: 202-879-3939 | Name: UMSJ Health System, LLC<br><br>Attorney: Yaakov M. Roth<br>Address: Jones Day<br>51 Louisiana Avenue, NW<br>Washington, DC 20001<br><br>E-mail: yroth@jonesday.com<br><br>Phone: 202-879-3939 |
| **Appellant (continued)** | |
| Name: University of Maryland St. Joseph Medical Center, LLC<br><br>Attorney: Yaakov M. Roth<br>Address: Jones Day<br>51 Louisiana Avenue, NW<br>Washington, DC 20001<br><br>E-mail: yroth@jonesday.com<br><br>Phone: 202-879-3939 | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

Signature: /s/ Jacob ("Yaakov") M. Roth          Date: May 8, 2023

Counsel for: Defendants-Cross-Appellants

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| | |

Signature:                                                          Date: