FILED: July 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1394 (L)
(1:20-cv-02088-DKC)

JESSE HAMMONS,

    Plaintiff - Appellant,

v.

UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION; UMSJ HEALTH SYSTEM, LLC; UNIVERSITY OF MARYLAND ST. JOSEPH MEDICAL CENTER, LLC,

    Defendants - Appellees.

O R D E R

Upon consideration of Appellees' motion to dismiss the appeal, Appellant's response to the motion, and Appellees' reply, the court defers action on the motion pending review of this appeal and appeal No. 23-1452 on the merits.

For the Court

/s/ Patricia S. Connor, Clerk