FILED: July 27, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1394 (L)
(1:20-cv-02088-DKC)

_____

JESSE HAMMONS

       Plaintiff - Appellant

v.

UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION; UMSJ HEALTH SYSTEM, LLC; UNIVERSITY OF MARYLAND ST. JOSEPH MEDICAL CENTER, LLC

       Defendants - Appellees

_____

O R D E R

_____

The court grants the motion to suspend briefing pending resolution of the motion for abeyance.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk