FILED: August 1, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1394 (L)
(1:20-cv-02088-DKC)

_____

JESSE HAMMONS

    Plaintiff - Appellant

v.

UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION; UMSJ HEALTH SYSTEM, LLC; UNIVERSITY OF MARYLAND ST. JOSEPH MEDICAL CENTER, LLC

    Defendants - Appellees

_____

O R D E R

_____

Upon consideration of appellant's unopposed motion to hold case in abeyance, the court grants the motion and places this case in abeyance pending a decision by this court in *Fain v. Crouch,* No. 22-1927, scheduled for en banc oral argument on September 21, 2023.

    For the Court

    /s/ Patricia S. Connor, Clerk