# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113

TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

Direct Number: (202) 879-7658
yroth@jonesday.com

June 24, 2024

Nwamaka Anowi, Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

          Re:    *Jesse Hammons v. University of Maryland Medical System Corp., et al.*, No. 23-1394

Dear Clerk:

      I write on behalf of Defendants-Appellees in the above-captioned appeal, as a follow up to the joint letter submitted by the parties on May 22, 2024, regarding whether this matter should be removed from abeyance. Defendants-Appellees explained in that letter their view that the appeal should remain in abeyance given the prospect of U.S. Supreme Court review of the related cases for which merits briefing had been suspended (*Fain v. Crouch* and *Kadel v. Folwell*).

      Earlier today, the U.S. Supreme Court granted certiorari in yet another related case, *United States v. Skrmetti*, No. 23-477, which asks whether prohibiting gender-transition treatments counts as discrimination on the basis of sex under the Equal Protection Clause. (Defendants-Appellees had identified that pending petition as a potential grant in the earlier joint letter.) In light of that grant, any certiorari petitions in *Fain v. Crouch* or *Kadel v. Folwell* will likely be held pending the resolution of *Skrmetti*. And if the Supreme Court ultimately affirms the Sixth Circuit's decision in *Skrmetti*, that would supersede this Court's en banc ruling in *Kadel v. Folwell*, and dramatically change the law applicable to this appeal, which likewise concerns whether the denial of a gender-transition surgery constitutes unlawful discrimination as a statutory or constitutional matter.

      Accordingly, Defendants-Appellees respectfully reiterate their view that retaining this case in abeyance would best preserve the resources of the parties and the Court in light of the rapidly shifting legal landscape in this area.

                                                                     Respectfully,

                                                                   */s/ Yaakov M. Roth*
                                                                   Yaakov M. Roth

                                                                  *Counsel for Defendants-Appellees*

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO • SAN FRANCISCO
SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON