FILED: August 19, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1394
(1:20-cv-02088-DKC)

JESSE HAMMONS,

        Plaintiff - Appellant,

v.

UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION; UMSJ HEALTH SYSTEM, LLC; UNIVERSITY OF MARYLAND ST. JOSEPH MEDICAL CENTER, LLC,

        Defendants - Appellees.

No. 23-1452
(1:20-cv-02088-DKC)

JESSE HAMMONS,

        Plaintiff - Appellee,

v.

UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION; UMSJ HEALTH SYSTEM, LLC; UNIVERSITY OF MARYLAND ST. JOSEPH MEDICAL CENTER, LLC,

        Defendants - Appellants.

## O R D E R

Upon consideration of Appellees' supplemental motion to dismiss appeal No. 23-1394, Appellant's response to this motion, and Appellees' reply, the court defers action on the motion pending review of this appeal and appeal No. 23-1452 on the merits.

The Clerk is directed to resume the briefing schedules in both appeals.

For the Court

/s/ Nwamaka Anowi, Clerk