# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 3, 2025

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No.   23-1394 (L),   <u>Jesse Hammons v. University of Maryland Medical System Corporation</u>
1:20-cv-02088-DKC

TO:   Leslie Cooper
Jacob Moshe Roth
Louis Jay Ebert
Sean M. Lau
Gerald Brinton Lucas
Joshua M. Goldman
Daniel Mach
Audrey Beck
Joshua A. Block
Aron Russell Fischer
Andrew D. Cohen
Caleb Paul Redmond

**RESPONSE DUE: 02/06/2025**

Response is required to the notice requesting information regarding similar cases on or before 02/06/2025. Please use the following form to submit response: **[Response - Similar Cases](#)**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

Kirsten Hancock, Deputy Clerk
804-916-2704