# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 23-1394(L)    Caption: Hammons v. University of Maryland Medical System Corp.

Argument Session For Which You Are Scheduled: May 6-9, 2025

Dates You Are Available To Argue in the Session (if any):

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

Other Relevant Information:

Defendants-Cross-Appellants expect to seek an extension on their final reply brief, which may push the briefing into or past the tentative oral argument dates.

Party(ies) You Represent:

Defendants-Cross-Appellants University of Maryland St. Joseph Medical Center, LLC; UMSJ Health System, LLC; and the University of Maryland Medical System Corp.

February 3, 2025                              /s/ Yaakov M. Roth
Date                                          Counsel Signature

11/29/2021  SCC