# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. ___23-1394___    Caption: _Hammons v. University of Maryland Medical System Corp._

Argument Session For Which You Are Scheduled: _May 6-9, 2025_____

Dates You Are Available To Argue in the Session (if any):

_Plaintiff-Appellant's Counsel have availability throughout May 6-9, 2025._____

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

_____

_____

Other Relevant Information:

_____

_____

Party(ies) You Represent:

_Plaintiff-Appellant Jesse Hammons_____

_____

| _2/7/2025_____ | _/s/ Aron Fischer_____ |
| :---: | :---: |
| Date | Counsel Signature |