# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 23-1394   Caption: Hammons v. University of Maryland Medical System Corp.

---

Argument Session For Which You Are Scheduled: May 6-9, 2025

Dates You Are Available To Argue in the Session (if any):
Plaintiff-Appellant's Counsel have availability throughout May 6-9, 2025.

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

Other Relevant Information:

Party(ies) You Represent:
Plaintiff-Appellant Jesse Hammons

---

2/7/2025                                /s/ Aron Fischer
Date                                    Counsel Signature

11/29/2021 SCC